**STATE of Missouri, Respondent,**

v.

**Daniel PRISNER, Appellant.**

**No. ED 76517.**

Missouri Court of Appeals,
Eastern District,
Division One.

June 27, 2000.

Amy M. Bartholow, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Krista D. Boston, Asst. Atty. Gen., Jefferson City, for respondent.

Before GARY M. GAERTNER, P.J. and PAUL J. SIMON and JAMES R. DOWD, JJ.

### ORDER

PER CURIAM.

Defendant, Daniel Prisner, appeals the judgment of the Circuit Court of Marion County following his conviction by a jury of an attempt to commit stealing in violation of Section 564.011 RSMo 1994. Prisner argues on appeal that the trial court erred in overruling his motion for acquittal and in imposing judgment and sentence for attempted stealing because the state failed to prove beyond a reasonable doubt that Prisner took a substantial step toward appropriating property from the Tom Boland Ford car lot or that he had a purpose or intent to deprive anyone of property.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. As an extended opinion would have no precedential value, we affirm the judgment pursuant to Rule 30.25(b).

Robert E. Ahrens, St. Louis, for appellant.

John G. Enright, Kortenhof & Ely, St. Louis, for respondent.

Before RICHARD B. TEITELMAN, P.J., CLIFFORD H. AHRENS, J., and LAWRENCE E. MOONEY, J.